■ METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v PAHLAVI FOUNDATION et al., Appellants.—Orders, Supreme Court, New York County, entered on July 14, 1978 and July 19, 1979, respectively, unanimously affirmed. Respondent shall recover of appellants one bill of $75 costs and disbursements of this appeal. The stay contained in the order entered July 14, 1978 is vacated. The defendants may purge themselves of the contempt by complying with the provisions of the order entered on July 14, 1978 within 10 days after the date of entry of this court's order. No opinion. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Lupiano, JJ.

■ MUNICIPAL TRAINING CENTER, INC., et al., Appellants, v NATIONAL BROADCASTING CORPORATION et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on May 2, 1979, unanimously affirmed. Respondents shall recover of appellants $50 costs and disbursements of this appeal. The appeal from the order entered on June 12, 1979 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Lupiano, JJ.